FILED

# United States District Court

AUG 30 2005

__MIDDLE__ DISTRICT OF __ALABAMA__

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

ENRIQUE ALCARAZ-BARAJAS

CRIMINAL COMPLAINT

CASE NUMBER: 2:05mj109-C

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _August 29, 2005_, in __Montgomery__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

did falsely and willfully represent himself to be a citizen of the United States,

in violation of Title __18__ United States Code, Section(s) __911__ I further state that I am a(n)

US Department of Homeland Security Immigration & Customs Enforcement  Agent and that this complaint
Official Title

is based on the following facts:

SEE THE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

August 30, 2005                                   at   Montgomery, Alabama
Date                                                   City and State

Charles S. Coody, U.S. Magistrate Judge            _____
Name and Title of Judicial Officer                 Signature of Judicial Officer

**AFFIDAVIT**

I, David E. Henderson, being duly first sworn, do hereby state and affirm that:

I am a duly sworn Special Agent of the U.S. Immigration and Customs Enforcement (ICE) assigned to the office of the Resident Agent in Charge, Mobile, Alabama. I have been employed as a federal agent for approximately five years. One of my principal assignments has been to conduct criminal investigations of persons involved in violation of the United States Code relating to Title 8 - Aliens and Nationality, Title 18 and empowered to enforce all federal laws.

On August 29, 2005, I was contacted concerning a vehicle stop by Alabama State Trooper Andy Sutley on Interstate 85 near the 16 mile marker in Montgomery County, Alabama. Trooper Sutley stopped a 2001 Toyota bearing California 4PEX880 for impeding traffic. The vehicle was occupied by Enrique ALCARAZ-Barajas, Esther Alcaraz-Barajas and Mario Martinez-Guillermo. The driver, identified as Esther Alcaraz-Barajas, was issued a warning ticket. A consensual search of the vehicle revealed a large quantity of U.S. currency concealed in two pieces of luggage found within the vehicle. All of the occupants were transported to the Alabama Department of Public Safety office for further investigation.

On August 29, 2005, I interviewed Enrique ALCARAZ-Barajas. Enrique ALCARAZ-Barajas stated that he spoke and understood English. He was given his Miranda warnings in the English language and gave a voluntary statement. Upon questioning, he stated to me, in the presence of ICE Senior Special Agent Ronald Diamond, that he had been born in Mexico but was a naturalized United States citizen. He further stated that he had been naturalized in Los Angeles, California during 1982. Immigration checks revealed that Enrique ALCARAZ-Barajas has never been lawfully admitted into the United States. Upon further questioning, he freely admitted to being a native and citizen of Mexico, who last entered the United States illegally. He further stated that he is diagnosed with Acquired Immune Deficiency Syndrome (AIDS) and was residing in the United States illegally in order to obtain medication for his condition. A review of the official file indicates that Enrique ALCARAZ-Barajas has an approved Immigration form I-130, Petition for Alien Relative, but has no authorization to reside in the United States legally.

Enrique ALCARAZ-Barajas is in violation of, but not limited to, Title 18 U.S.C. 911, False Claim of United States citizenship. The penalty, upon conviction, for this offense shall be a fine under Title 18, or imprisoned not more than 3 years, or both.

_____
David E. Henderson, Affiant
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn to and subscribed before me this 30th day of August, 2005.

_____
United States Magistrate Judge