**COURTROOM DEPUTY MINUTES**  DATE: __8/31/05__
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: __3:23 - 3:25__

| | | |
|---|---|---|
| ✓ | INITIAL APPEARANCE | COURT REPORTER: RISA ENTREKIN |
| ☐ | BOND HEARING | *Preliminary Hrg. 3:40 - 3:57* |
| ☐ | DETENTION HEARING | |
| ☐ | REMOVAL HEARING (R.40) | |
| ☐ | ARRAIGNMENT | |
| ☐ | ARRAIGNMENT on SUPERSEDING INDICTMENT | |
| ✓ | PRELIMINARY EXAMINATION | |

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**     DEPUTY CLERK: **WANDA STINSON**

CASE NO. __2:05MJ109-CSC__         DEFT. NAME: __ENRIQUE ALCARAZ-BARAJAS__

USA: __TODD BROWN__         ATTY: __CHRISTINE FREEMAN__

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: __TAMARA MARTIN__

Defendant __✓__ does ____ does NOT need an interpreter;
Interpreter present __✓__ NO ___ YES NAME: __BEVERLY CHILDRESS__

---

| | | |
|---|---|---|
| ✓ Kars. | Date of Arrest __8/29/05__ or | ☐ karsr40 |
| ✓ kia. | Deft. First Appearance. Advised of rights/charges. | ☐ Pro/Sup Rel Violator |
| ✓ kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ✓ | Requests appointed Counsel   ✓ **ORAL MOTION** for Appointment of Counsel | |
| ✓ finaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ✓ koappted | **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.** | |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐ | **Detention Hearing** ☐ held; ☐ Set for ____ ; ☐ **Preliminary Hearing** ☐ Set for ____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____. Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| ✓ kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ✓ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| ☐ karr. | **ARRAIGNMENT** SET FOR: _____ ☐ **HELD**. Plea of **NOT GUILTY** entered. | |
| | ☐Set for _____ Trial Term; ☐ **PRETRIAL CONFERENCE DATE**: _____ | |
| | **DISCOVERY DISCLOSURES DATE**: _____ | |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐ kwvspt | Waiver of Speedy Trial Act Rights Executed. | |

** INS detainer on placed on defendant**   *Preliminary hearing held.*