FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SEP - 8 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. 2:05CR189-F |
| v. | ) | [18 U.S.C. 911] |
| | ) | |
| ENRIQUE ALCARAZ-BARAJAS | ) | INDICTMENT |

**The Grand Jury charges:**

## COUNT 1

On or about August 29, 2005, in Montgomery County, Alabama, in the Middle District of Alabama, the defendant,

**ENRIQUE ALCARAZ-BARAJAS,**

falsely and willfully represented himself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Todd A. Brown
Assistant United States Attorney