IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 2:05CR189-F |
| | ) | |
| ENRIQUE ALCARAZ-BARAJAS | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for _____September 21, 2005,_____ in the above-styled cause.

You are DIRECTED to produce the following named prisoner:

ENRIQUE ALCARAZ-BARAJAS

before the United States District Court at _____One Church Street, Montgomery, AL_____

in Courtroom 5-B on the __21st__ Day of _____September, 2005_____

at _____10:00 a.m._____

DONE this __12th__ day of September, 2005.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

By: *(signature)*
Deputy Clerk