### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CASE NO:2:05-cr-189-MEF-SRW |
| | ) |
| ENRIQUE ALCARAZ-BARAJAS | ) |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW** the undersigned counsel, Christine A. Freeman, and files this Motion to withdraw as counsel of record on behalf of Defendant Enrique Alcaraz-Barajas. In support of this Motion, counsel states the following:

1. Undersigned counsel filed a Notice of Appearance in this case.

2. Undersigned counsel has been informed by attorney Jerome Carter that he has been retained to represent Mr. Alcaraz-Barajas and that he will appear at arraignment on this defendant's behalf.

3. Undersigned counsel therefore requests permission to withdraw.

**WHEREFORE**, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Alcaraz-Barajas.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Enrique Alcaraz-Barajas
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104

          TEL:  (334) 834-2099
          FAX:  (334) 834-0353
          E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

  I hereby certify that on September 20, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Todd Brown, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

          s/Christine A. Freeman
          **CHRISTINE A. FREEMAN**
          **TN BAR NO.: 11892**
          Attorney for Enrique Alcaraz-Barajas
          Federal Defenders
          Middle District of Alabama
          201 Monroe Street , Suite 407
          Montgomery, AL 36104
          TEL:  (334) 834-2099
          FAX:  (334) 834-0353
          E-Mail: Christine_Freeman@fd.org