| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** September 21, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 10:00 - 10:14 & 10:24 - 10:25 |
| | **COURT REPORTER:** Risa Entrekin |

√ **ARRAIGNMENT**    ❏ **CHANGE OF PLEA**    ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**    ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr189-F    **DEFENDANT NAME:** Enrique Alcaraz-Barajas
**AUSA:** Tommie Hardwick    **DEFENDANT ATTORNEY:** Christine Freeman
    standing in for Todd Brown    Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
    ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
**Interpreter present?** ( )NO; ( √ )YES    Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**
❏ **ORAL ORDER appointing Federal Public Defender.** Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    √ **Not Guilty**
        ❏ **Guilty as to:**
            ❏ **Count(s):**
            ❏ **Count(s):**        ❏ dismissed on oral motion of USA
                        ❏ to be dismissed at sentencing
❏ Written plea agreement filed    ❏ **ORDERED SEALED**
❏ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts** _____.
√ **CRIMINAL TERM:**    11/7/05    ❏ **WAIVER OF SPEEDY TRIAL filed.**
        **DISCOVERY DISCLOSURE DATE: 9/21/05**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
        ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
        ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:    ❏ Waiver of Conflict of Interest Form executed
            ❏ Defendant requests time to secure new counsel