IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 SEP 30 A 10: 19

UNITED STATES OF AMERICA　　*

V.　　*　　CR. NO: 2:05-cr-189

ENRIQUE ALCARAZ-BARAJAS　　*

## NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, **JEROME C. CARTER**, and files his Notice of Appearance on behalf of the Defendant, **ENRIQUE ALCARAZ-BARAJAS** in the above-styled cause.

Respectfully submitted this the 27th day of September, 2005.

_____
JEROME C. CARTER (ASB 9659 R74J)
Attorney for Defendant

OF COUNSEL:

**THE COCHRAN FIRM – MOBILE**
401 Church Street
Mobile, Alabama 36602
Telephone: (251) 433-6500
Facsimile: (251) 434-9995

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 27th day of September, 2005, served a copy of the foregoing pleading via facsimile and by placing same by United States Mail properly addressed and first class postage prepaid to the following:

Christine A. Freeman, Esq.
Federal Defenders Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, Alabama 36104

Susan Redmond, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

_____
JEROME C. CARTER