IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CASE NO:2:05-cr-189-MEF-SRW |
| | ) |
| ENRIQUE ALCARAZ-BARAJAS | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW** the undersigned counsel, Christine A. Freeman, and files this Motion to withdraw as counsel of record on behalf of Defendant Enrique Alcaraz-Barajas. In support of this Motion, counsel states the following:

1. Undersigned counsel filed a Notice of Appearance in this case.

2. Undersigned counsel has been informed by attorney Jerome Carter that he has been retained to represent Mr. Alcaraz-Barajas and that he will appear at arraignment on this defendant's behalf.

3. Undersigned counsel therefore requests permission to withdraw.

**WHEREFORE,** undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Alcaraz-Barajas.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Enrique Alcaraz-Barajas
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104

**MOTION GRANTED**
THIS 6th DAY OF October, 2005
_____
UNITED STATES MAGISTRATE JUDGE