**COURTROOM DEPUTY'S MINUTES**               **DATE:** October 17, 2005

**MIDDLE DISTRICT OF ALABAMA**               **Digital Recording:** 3:23 - 3:24

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Susan Russ Walker          **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 2:05cr189-F                         **DEFENDANT(S)** Enrique Alcaraz-Barajas

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris standing in for Todd Brown | * * * * * | Jerome Carter (NO APPEARANCE) |

❏ **DISCOVERY STATUS:**
    Government states discovery completed

❏ **PENDING MOTION STATUS:**

❏ **PLEA STATUS:**
    Government not sure about any plea discussions

❏ **TRIAL STATUS**
    Trial time - 2 days

❏ **REMARKS:**