IN THE DISTRCIT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNUTES STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| V. | * | CR. NO. 2:05-CR-0189 |
| | * | |
| ENRIQUE ALCARAZ-BARAJAS | * | |

## MOTION *IN LIMINE*

COMES NOW, the Defendant, ENRIQUE ALCARAZ-BARAJAS, by and through his attorney of record, JEROME C. CARTER, and moves this Honorable Court *in limine* to Order the United States, during the course of this of jury voir dire and trial of this cause from making any reference, directly or indirectly, to any of the following matters, separately and severally:

1. Reference to the fact of any monies being taken or seized.

The Defendant lists the following grounds in support of his motion:

1. That the monetary value has no relevance to underlying charge(s) in the case.

2. That the United States may enter into argument or testimony that race is not an issue, instead allege that the Defendant is impersonating a U.S. citizen.

3. Because of the potentially damaging nature of said remarks, it would be of little use to object to them during trial or to have the Court attempt to erase then from the jury's mind with cautionary instruction.

4. Any remarks made to one or more jurors during jury voir dire would be heard by all the jurors in the courtroom. Once made, it would be next to impossible for any juror to forget the remarks or erase them from his or

her memory upon cautionary instructions from the Court.

5. An in limine ruling is required in order to ensure that the Defendant's constitutional rights are not being violated.

Respectfully submitted this the 31st day of October, 2005.

_____
JEROME C. CARTER (ASB 9659 R74J)
Attorney for Defendant

OF COUNSEL:
THE COCHRAN FIRM – MOBILE
401 Church Street
Mobile, Alabama 36602
Telephone: (251) 433-6500
Facsimile: (251) 434-9995
Email: jerome@carterlawfirmpc.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 31st day of October, 2005, served a copy of the foregoing by electronic filing with Montgomery County on the following Todd A. Brown, Assistant United States Attorney, 1 Court Square, Suite 201 Montgomery, Alabama 36104 to receive service electronically through todd.brown@usdoj.gov.

_____
JEROME C. CARTER