IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| V. | *   CR. NO: 2:05-cr-189 |
| ENRIQUE ALCARAZ-BARAJAS | * |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, undersigned counsel, **JEROME C. CARTER**, and files his Notice of Intent to Change Plea on behalf of the Defendant, **ENRIQUE ALCARAZ-BARAJAS** in the above-styled cause.

A negotiated plea has been entered by the Defendant to the offenses charged in Count I of the Indictment, with the provisions of the government as follows:

a) agree that a 2-level reduction with the Defendant's appropriate acceptance of responsibility.

b) agrees to a sentence of time served as of the date of sentencing;

c) agrees to an expedited sentence hearing.

Respectfully submitted this the 2 day of November, 2005.

JEROME C. CARTER (ASB 9659 R74J)
Jcarter@carterlawfirmpc.com
**Attorney for Defendant**

OF COUNSEL:

**THE COCHRAN FIRM – MOBILE**
401 Church Street
Mobile, Alabama 36602
Telephone: (251) 433-6500
Facsimile: (251) 434-9995

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this the 2 day of November, 2005, served a copy of the foregoing pleading via electronic service:

Todd A. Brown, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                              **JEROME C. CARTER**