IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr189-F |
| | ) | |
| ENRIQUE ALCARAZ-BARAJAS | ) | |

## ORDER

The defendant, ENRIQUE ALCARAZ-BARAJAS, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, ENRIQUE ALCARAZ-BARAJAS, appear with counsel before the undersigned Magistrate Judge on November 3, 2005 at 10:30 a.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter and interpreter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 2nd day of November, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE