| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** November 3, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 10:40 - 10:55 |
| | **COURT REPORTER:** Mitchell Reisner |

☐ **ARRAIGNMENT**    √ **CHANGE OF PLEA**    ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**    ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr189-F    **DEFENDANT NAME:** Enrique Alcaraz-Barajas
**AUSA:** Todd Brown    **DEFENDANT ATTORNEY:** Jerome Carter

Type counsel ( )Waived; ( √ )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( )NO; ( √ )YES   Name: Beverly Childress

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☐ **Not Guilty**
   √ **Guilty as to:**
      √ **Count(s):** 1 of the Indictment
      ☐ **Count(s):**       ☐ dismissed on oral motion of USA
                ☐ to be dismissed at sentencing

√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment
☐ **CRIMINAL TERM:**    ☐ **WAIVER OF SPEEDY TRIAL** filed.
   **DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
   ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
      ☐ Defendant requests time to secure new counsel