IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-189-F |
| | ) | |
| ENRIQUE ALCARAZ-BARAJAS | ) | |

## **O R D E R**

It is hereby ORDERED that the sentencing hearing set for January 20, 2006 is continued to January 23, 2006 at 2:00 P.M. at United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama..

DONE this 6th day of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE