IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-189-F |
| | ) | |
| ENRIQUE ALCARAZ-BARAJAS | ) | |

## **O R D E R**

It is hereby ORDERED that the sentencing hearing set in this case for January 23, 2006 at 10:00 A.M. will be conducted at the United States Courthouse, One Church Street, Courtroom 2D, Montgomery, Alabama, before United States District Judge Truman Hobbs.

DONE this 13th day of December, 2005.


　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE