IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | CR. NO: 2:05-cr-189 |
| ENRIQUE ALCARAZ-BARAJAS | * | |

## MOTION FOR EARLIER SENTENCING

COMES NOW, undersigned counsel, **JEROME C. CARTER**, and files this *Motion For Earlier Sentencing* on behalf of the Defendant, **ENRIQUE ALCARAZ-BARAJAS** in the above-styled cause as grounds would show unto this Honorable Court as follows:

1. That sentencing is currently set January 23, 2006.

2. That the Pre-Sentence Investigation report has been reviewed by the attorney and there are no objections on behalf of the Defendant.

3. That the above-named Defendant, Enrique Alcaraz-Barajas, has Acquired Immune Defieciency Syndrome (AIDS) with a very rigorous medical regiment that is not being implemented at this time.

4. Mr. Alacaraz-Barajas is requesting above-referenced matter to be expedited as agreed upon in the Plea Agreement.

5. Mr. Alacaraz understands I.N.S will take custody of him after sentencing As such, undersigned counsel has communicated with the probation officer and he has no objection to this matter being set as soon as possible.

WHEREFORE, the Defendant prays that this Honorable Court will set this

matter for sentencing to a date during the week of December 19, 2005, so that Defendant may seek and execute the proper medical treatment for his illness, the premises considered herein.

Respectfully submitted this the 15th day of December, 2005.

                                **JEROME C. CARTER (ASB 9659 R74J)**
                                Attorney for Defendant

OF COUNSEL:
**THE COCHRAN FIRM – MOBILE**
401 Church Street
Mobile, Alabama 36602
Telephone: (251) 434-9993
Facsimile: (251) 434-9995

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 15th day of December, 2005, served a copy of the foregoing pleading via electronic service:

| | |
|---|---|
| Todd A. Brown, Esq. | Alfred L. Lancaster |
| Assistant United States Attorney | United States Probation Officer |
| One Court Square, Suite 201 | P.O. Box 39 |
| Montgomery, Alabama 36104 | Montgomery, Alabama 36101 |

                                **JEROME C. CARTER**